IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

                                          Case No.: 14-cv-267

EL CENTENARIO, LLC,
d/b/a EL CENTENARIO and
ANASTACIO VEGA, Individually
and as Registered Agent of
EL CENTENARIO, LLC,

    Defendants.

## ENTRY OF DEFAULT

    The Clerk of Court for the United States District Court for the Western District of Wisconsin, having noted that the Defendants in the above-captioned matter, El Centenario, LLC d/b/a El Centenario, and Anastacio Vega, individually and as registered agent of El Centenario, LLC, have failed to plead or otherwise defend as provided under the Fed. R. Civ. P. and that fact having been made to appear by the Affidavit of the attorney for the Plaintiff;

    The Clerk hereby enters the default of Defendants El Centenario, LLC d/b/a El Centenario, and Anastacio Vega, individually and as registered agent of El Centenario, LLC, pursuant to Rule 55(a) of the Fed. R. Civ. P.

    Dated this 9th day of July, 2014.

                                          s/L. Kamke, Deputy Clerk
                                          Peter Oppeneer, Clerk of Court