UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

**J & J SPORTS PRODUCTIONS, INC.,**

        Plaintiff,

   v.                                                                                  Case No. 14-CV-267

**EL CENTENARIO, LLC** d/b/a EL CENTENARIO; and
**ANASTACIO VEGA**, individually and as registered agent of
**EL CENTENARIO, LLC,**

        Defendants.

---

ORDER FOR JUDGMENT

---

      The defendants, **EL CENTENARIO, LLC** d/b/a EL CENTENARIO, and **ANASTACIO VEGA**, individually and as registered agent of **EL CENTENARIO, LLC**, having failed to appear, plead or otherwise defend in this action, and default having been entered on July 9, 2014, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion and affidavit in accordance with Federal Rule of Civil Procedure 55 (a) and (b); Judgment is hereby entered in favor of plaintiff, **J & J SPORTS PRODUCTIONS, INC.**, and against defendants, **EL CENTENARIO, LLC** d/b/a EL CENTENARIO, and **ANASTACIO VEGA**, individually and as registered agent of **EL CENTENARIO, LLC**, as follows:

      $111,800.00 plus interest on the judgment at the legal rate until the judgment is satisfied.

                                                        _____
                                                          Barbara B. Crabb
                                                          United States District Judge
                                                           July 30, 2014

Judgment entered this 31st day of July, 2014.

                                                      s/ A. Wiseman, Deputy Clerk
                                           Peter Oppeneer
                                             Clerk of Court